No. 10-8469. Leah Joy Ward, Petitioner v. Tennessee.

562 U.S. 1276, 131 S. Ct. 1614, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2080.

March 7, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

No. 10-8477. Jay Bernard Gillilland, Petitioner v. Arizona.

562 U.S. 1276, 131 S. Ct. 1614, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 1911.

March 7, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

No. 10-8494. N'yutu K. Woods, Petitioner v. Dwight Neven, Warden, et al.

562 U.S. 1276, 131 S. Ct. 1615, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2043.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8500. Michael Curtis Reynolds, Petitioner v. Larry Whitehead, et al.

562 U.S. 1277, 131 S. Ct. 1615, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2005, ■

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8512. Aaron Antonio Allen, Petitioner v. Wisconsin.

562 U.S. 1277, 131 S. Ct. 1615, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2029.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 328 Wis. 2d 1, 786 N.W.2d 124.

No. 10-8515. Paul Jimmy Rea, Petitioner v. California.

562 U.S. 1277, 131 S. Ct. 1615, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2011.

March 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-8519. Kareem Brown, Petitioner v. Pennsylvania.

562 U.S. 1277, 131 S. Ct. 1616, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2069.

March 7, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 998 A.2d 1002.